# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*September 8, 2006*

[Cite as *09/08/2006 Case Announcements*, 2006-Ohio-4591.]

## MISCELLANEOUS DISMISSALS

**2006–1211.  Allianz Global Risks US Ins. Co. v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 05–1011–EL–CSS and 05–1012–EL–CSS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the joint application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2006–1632.  State ex rel. DeMooy v. Indus. Comm.**
Franklin App. No. 05AP–814, 2006-Ohio-3708.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*September 11, 2006*

[Cite as *09/11/2006 Case Announcements*, 2006-Ohio-4645.]

## MISCELLANEOUS DISMISSALS

**2006–0652.  Meijer Stores Limited Partnership v. Defiance Cty. Bd. of Revision.**
Board of Tax Appeals No. 2003–T–2035. This cause is pending before the court as a cross-appeal from the Board of Tax Appeals. Upon consideration of appellee/cross-appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*September 12, 2006*

[Cite as *09/12/2006 Case Announcements*, 2006-Ohio-4678.]

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):